

**MEMO ENDORSED**

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEPHANIE DE ANGELIS
*Assistant Corporation Counsel*
Tel.: (212) 356-3513
Fax: (212) 356-1148
Email: sdeangel@law.nyc.gov

January 7, 2020

**VIA ECF**
Honorable Katherine P. Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Rahbu Behlin v. Rite Aid Pharmacy Store et al.</u>, 18-CV-4335 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney representing defendants Damion Brown, Victor Gonzalez, Garfield Mead, Malcial Tuero and Victor Reyes (hereinafter "City Defendants") in the above-referenced case. City Defendants write to adjourn the Status Conference presently scheduled for January 9, 2020 at 11:30AM. The reason for this request is that today the undersigned received a letter from plaintiff stating that he has been moved to the Otisville Correctional Facility. (<u>See</u> Plaintiff's Letter, attached hereto as Exhibit A). Upon receipt of plaintiff's letter, the undersigned attempted to schedule the phone conference with the Otisville Correctional facility; however, they were unable to accommodate a request without more notice. Pursuantly, City Defendants request that the Status Conference be adjourned to a later date and time that is convenient for the Court. This is City Defendants' first request to adjourn the Status Conference and co-defendant Rite Aid consents to this request.

      Thank you for your time and consideration in this regard.

      Respectfully submitted,

      <u>*Stephanie De Angelis* /s</u>
      Stephanie De Angelis
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

cc: **BY CERTIFIED MAIL**
Rahbu Behlin 17-A-1400
*Plaintiff Pro Se*
Otisville Correctional Facility
P.O. Box 8
181 Brand Road
New York, NY 10963

**BY ECF**
Joseph Sam Fritzson
Sobel & Kelly, P.C.
30 Vesey Street, 8th Floor
New York, NY 10007

The conference currently scheduled for January 9, 2020, is hereby ADJOURNED to January 30, 2020, at 2:00 p.m.

It is further ORDERED that at the appointed date and time for the conference, the Warden or other official in charge of the Otisville Correctional Facility, produce prisoner Rahbu Behlin, Identification No. 17-A-1400, at a suitable location within the Otisville Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendants must (1) transmit this Order to the Warden forthwith; (2) contact the Otisville Correctional Facility forthwith to arrange the call, and to determine the telephone number at which pro se plaintiff will be reachable at the above time and date; and (3) telephone the Court with pro se plaintiff on the line at the time and date of the conference.

At the appointed time, the parties shall call (888) 363-4749 and enter access code 6624801. Please note, the phone conference line will not be available prior to 2:00 p.m.

Dated: January 7, 2020
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*
Rahbu Behlin
17-A-1400
Otisville Correctional Facility
P.O. Box 8
181 Brand Road
New York, NY 10963