UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHBU BEHLIN,

                  Plaintiff,

-v.-

RITE AID PHARMACY STORE, et al.,

                  Defendants.

18 Civ. 4335 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    During the final minutes of the telephonic status conference held on January 30, 2020, Plaintiff was disconnected from the conference. The Court was unable to get Plaintiff back on the call. To conclude the conference, the Court stated that it would issue a Case Management Plan, providing six months for fact discovery and two months for expert discovery. After the conference had concluded, Plaintiff called the Court directly and the Court was able to relay this information to Plaintiff. The Court also relayed to Plaintiff that he should receive waivers from Defendants in the next thirty days.

    The Court will issue the Case Management Plan under separate cover.

SO ORDERED.

Dated:    January 30, 2020
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Rahbu Behlin
17-A-1400
Otisville Correctional Facility
P.O. Box 8
Otisville, NY 10963
```