UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHBU BEHLIN,

              Plaintiff,

    -v.-

RITE AID PHARMACY STORE, et al.,

              Defendants.

18 Civ. 4335 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    Because this case is stayed until September 14, 2020 (*see* Dkt. #68), the conference currently scheduled for August 11, 2020, is hereby ADJOURNED *sine die*. As directed by the Court's July 30, 2020 Order, on or by September 14, 2020, the parties shall submit a letter to the Court proposing a schedule for the resumption of discovery, a proposed revised case management plan, and a discussion of any contemplated motions. (*Id.*).

SO ORDERED.

Dated:    August 6, 2020
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge

*Sent by First Class Mail to:*

Rahbu Behlin
17-A-1400
Otisville Correctional Facility
P.O. Box 8
Otisville, NY 10963