UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHBU BEHLIN,

                Plaintiff,

           -v.-

RITE AID PHARMACY STORE, *et al.*,

                Defendants.

18 Civ. 4335 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By Order dated September 16, 2020, the Court denied without prejudice Defendants' request for a pre-motion conference in advance of an anticipated motion for summary judgment, pending production of certain of Plaintiff's medical records. (Dkt. #73). Thereafter, Plaintiff sought leave to amend his complaint, but later withdrew his request to amend. (*See* Dkt. #77-78, 80). By Order dated November 2, 2020, the Court directed Plaintiff to inform the Court by November 16, 2020, whether he intended to renew his request to file an amended complaint. (Dkt. #81). The Court reiterated that absent a motion to amend, the parties were expected to comply with the Court's September 16, 2020 Order regarding discovery. (*Id.*). To date, Plaintiff has not renewed his request for leave to file an amended complaint. Therefore, the parties are ORDERED to submit a joint status report on or by January 19, 2021.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    December 29, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge