UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAHBU BEHLIN,

                    Plaintiff,

  - against -

RITE AID PHARMACY STORE, VICTOR GONZALEZ,
MALCIAL TUERO, DAMION BROWN, GARFIELD,
MEAD, AND VICTOR REYES INDIVIDUALLY AND
IN THEIR OFFICIAL CAPACITIES,

                  Defendant(s).
------------------------------------------------------------------X

**MEMO ENDORSED**

Case No.:
1:18-cv-04335-KPF

**NOTICE OF MOTION FOR REMOVAL OF COUNSEL**

TO:    RAHBU BEHLIN
        *Plaintiff Pro-se*
        17-A-1400
        Otisville Correctional Facility
        P.O. Box 8
        Otisville, NY 10963

        CORPORATION COUNSEL
        NEW YORK CITY LAW DEPARTMENT
        100 Church Street
        New York, NY 10007

**PLEASE TAKE NOTICE** the undersigned will move this Court at the United States Court House, for the Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Edgardo Ramos, for an Order removing Joseph Sam Fritzson, Esq. from this matter as he is no longer counsel for the Defendants and not employed by this firm.

A Declaration of Support for this motion is attached hereto.

Dated: New York, New York
          June 8, 2021

                                                      SOBEL PEVZNER, LLC

                                                      BELLA I. PEVZNER (BP-1728)

2

*Attorneys for Defendants*
RITE AID PHARMACY STORE
30 Vesey Street, 8th Floor
New York, NY 10007
(212) 216-0020

Application GRANTED.  Counsel for the Rite Aid defendant is reminded that this case is pending before Judge Failla.  The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff.

Dated:     June 9, 2021                    SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2