UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHBU BEHLIN,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>RITE AID PHARMACY STORE, *et al.*,<br><br>                    Defendants. | 18 Civ. 4335 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 7, 2021, the Court set the following schedule for Defendants' motion to for summary judgment: Defendants were to file their motions for summary judgment on or before May 7, 2021, Plaintiff was to file his opposition papers on or before June 21, 2021, and Defendants were to file their reply papers, if any, on or before July 12, 2021.  As of the date of this Order, the Court has not received any correspondence from Plaintiff concerning Defendants' pending motion for summary judgment.  Accordingly, the Court will consider Defendants' motion unopposed if Plaintiff does not respond on or before August 2, 2021.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated:   July 1, 2021
         New York, New York

                                                     _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge