UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHBU BEHLIN,

               Plaintiff,

        -v.-

RITE AID PHARMACY STORE, FELIX LUNA, and JERMAINE WILLIAMS,

              Defendants.

18 Civ. 4335 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On September 7, 2022, Adam Banks and Mercedez Taitt-Harmon entered notices of limited appearance for the purpose of representing Plaintiff in depositions. (Dkt. #126-127). Accordingly, the parties are hereby ORDERED to meet and confer and to discuss a schedule for the depositions discussed in the Court's Order Granting Pro Bono Counsel (Dkt. #125). The parties shall apprise the Court by joint status letter of the deposition schedule by October 14, 2022.

    SO ORDERED.

Dated:  September 8, 2022
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge