UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHBU BEHLIN,<br><br>                              Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, et al.<br><br>                              Defendants. | Case No. 1:18-cv-04335-KPF<br><br>Hon. Katherine Polk Failla |

# NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

Counsel for Plaintiff Rahbu Behlin respectfully withdraws the appearance of Mercedez M. Taitt-Harmon ("Ms. Taitt-Harmon") in the above-captioned matter because she is no longer affiliated with the law firm Weil, Gotshal & Manges, LLP.  Counsel further requests that Ms. Taitt-Harmon's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to mercedez.taitt-harmon@weil.com and that Ms. Taitt-Harmon's name be removed from any applicable service lists.  No other attorney is withdrawing his appearance by this notice.  Weil, Gotshal & Manges, LLP remains counsel to Plaintiff Rahbu Behlin.

Dated: May 31, 2024        Respectfully Submitted,
New York, New York

                          */s/ Adam B. Banks*
                          Adam B. Banks
                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007
                          adam.banks@weil.com

                          *Attorney for Plaintiff Rahbu Behlin*

```
Application GRANTED.  The Court wishes Ms. Taitt-Harmon the best in her
future pursuits.

Separately, the parties are hereby ORDERED to provide a joint status update
on the underlying bankruptcy proceeding as pertains to Rite Aid, and the
parties' ability to continue with discovery as to Individual Defendants
Williams and Luna, should the Court lift the discretionary stay as to those
parties only.  The parties shall file this letter on or before June 17, 2024.
```

SO ORDERED:

*[signature]*

Hon. Katherine Polk Failla
United States District Judge
Dated: _____June 3\_\_\_\_\_, 2024
          New York, New York