SOBEL PEVZNER, LLC
By: Aaron C. Gross, Esq. (ACG-0498)
*Attorneys for Defendants:*
**RITE AID PHARMACY STORE**
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677 Office
(631) 549-0826 Facsimile
File No.: RA-14430
agross@sobelpevzner.com

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAHBU BEHLIN,

                Plaintiff,

  - against -

RITE AID PHARMACY STORE, VICTOR GONZALEZ,
MALCIAL TUERO, DAMION BROWN, GARFIELD,
MEAD, AND VICTOR REYES INDIVIDUALLY AND
IN THEIR OFFICIAL CAPACITIES,

                Defendant(s).
------------------------------------------------------------------------X

**Case No.:**
**1:18-cv-04335-KPF**

**ORDER TO SHOW CAUSE**

Upon the Declaration of Aaron C. Gross, dated September 10, 2024, and prior proceedings, it is hereby

ORDERED, that the above named Defendants, Rite Aid Pharmacy Store, Felix Luna, Jr. and Jimmane Williams, and the Plaintiff or his counsel show cause by making a submission in writing with their opposition and mailing it to the Chambers of the Honorable Katherine Polk Failla, United States Courthouse, 40 Foley Square, New York, New York 10007, explaining why an order should not be issued pursuant to Rule 1.4 of the New York Local Civil Rule, discharging the Defendants counsel from any future representation, that this action be stayed for 30 days after any Order may be issued relieving counsel for the foregoing Defendants to retain new counsel;

and it is further

ORDERED that service by email and regular mail of a copy of this Order and annexed Declaration upon the Defendants on or before September 16th, 2024 at the Defendants addresses as follows: Rite Aid Pharmacy Store, c/o Rite Aid Corporation, PO Box 3165, Harrisburg, PA 17105; Jimmane Williams, 1320 North 13th street, Apt P25, Whitehall, PA 18052; jimmanewilliams648@gmail.com; and Felix Luna, Jr., 94 Tucker Avenue, Oakville, Connecticut 06779, shall be deemed good and sufficient service thereof; and it is further

ORDERED that service of a copy of this order and annexed declaration upon the plaintiff's counsel via ECF shall be deemed good and sufficient service thereof.

```
The Court is in receipt of Sobel Pevzner, LLC's motion to withdraw as
counsel for Defendants.  (Dkt. #177).

All parties are hereby ORDERED to appear for a conference to discuss the
motion and the status of the case on September 16, 2024, at 4:00 p.m.
The conference will be telephonic.  The dial-in information is as
follows:  On September 16, 2024, at 4:00 p.m., the parties shall call
(888) 363-4749 and enter access code 5123533.

Date:      September 12, 2024                SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE