UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

RAHBU BEHLIN,

                        Plaintiff,

      v.

RITE AID CORPORATION, et al.

                      Defendants.

Case No. 1:18-cv-04335-KPF

Hon. Katherine Polk Failla

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

     Counsel for Plaintiff Rahbu Behlin respectfully withdraws the appearance of Adam B. Banks ("Mr. Banks") in the above-captioned matter because he is no longer affiliated with the law firm Weil, Gotshal & Manges, LLP.  Counsel further requests that Mr. Banks's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to adam.banks@weil.com and that Mr. Banks's name be removed from any applicable service lists.  No other attorney is withdrawing their appearance by this notice.  Weil, Gotshal & Manges, LLP remains counsel to Plaintiff Rahbu Behlin.

Dated: May 20, 2025  
New York, New York

Respectfully Submitted,

*/s/ Caroline H. Zalka*
Caroline H. Zalka  
Jenna R. Harris  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
caroline.zalka@weil.com

*Attorney for Plaintiff Rahbu Behlin*

```
Application GRANTED.  The Court wishes Mr. Banks well in his future
endeavors.  The Clerk of Court is directed to terminate Mr. Banks
from the docket.
```

SO ORDERED:

_____
Hon. Katherine Polk Failla  
United States District Judge  
Dated: __May 21_____, 2025

-2-